IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TALEB SAID DAWOUD, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | No. 3:06-CV-1730-M (BH) |
| | § | |
| DEPARTMENT OF HOMELAND | § | |
| SECURITY (USCIS & FBI), | § | |
|     Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, & RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, & Recommendation of the United States Magistrate Judge on Defendant USCIS's *Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) or, Alternatively, to Remand*, filed April 9, 2007, and Defendant FBI's *Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) or, Alternatively, to Remand*, filed April 30, 2007. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, & Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, & Recommendation of the United States Magistrate Judge.

Defendant USCIS's *Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) or, Alternatively, to Remand*, and Defendant FBI's *Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) or, Alternatively, to Remand* are **DENIED**.

SIGNED this 26th day of December, 2007.

_____
**BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS**