IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TALEB SAID DAWOUD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. 3:06-CV-1730-M |
| | ) | |
| HOMELAND SECURITY DEPARTMENT, et al., | ) ) ) | |
| | ) | |
| Respondents. | ) | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, & Recommendation of the United States Magistrate Judge on *Defendants' Motion to Dismiss and Brief in Support Thereof,* filed April 7, 2008. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, & Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, & Recommendation of the United States Magistrate Judge.

*Defendants' Motion to Dismiss,* filed April 7, 2008, is hereby **GRANTED**.

SIGNED this 28th day of May, 2008.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS